EXHIBIT "iii"

EXHIBIT "iii"

Electronically Filed
6/29/2017 3:00 PM
Steven D. Grierson
CLERK OF THE COURT

ANS
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MARIA M. CASTELAN-GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION d/b/a EL SUPER; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO: A-17-755831-C<br><br>DEPT. NO: 27 |

### DEFENDANT BODEGA LATINA CORPORATION, dba EL SUPER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW, Defendant Bodega Latina Corporation, dba El Super, by and through its counsel of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, PLLC. and admits, denies and otherwise responds to the allegations in Plaintiff's First Amended Complaint as follows:

### Jurisdiction

1. Answering Paragraph 1 of Plaintiff's First Amended Complaint, this answering Defendant admits the allegations of this paragraph.

2. Answering Paragraph 2 of Plaintiff's First Amended Complaint, this answering Defendant admits the allegations of this paragraph.

3. Answering Paragraph 3 of Plaintiff's First Amended Complaint, this answering Defendant admits the allegations of this paragraph.

4. Answering Paragraph 4 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

### Specific Allegations

5. Answering Paragraph 5 of Plaintiff's First Amended Complaint, this answering Defendant admits the allegations of this paragraph.

6. Answering Paragraph 6 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

7. Answering Paragraph 7 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

8. Answering Paragraph 8 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

9. Answering Paragraph 9 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

10. Answering Paragraph 10 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

11. Answering Paragraph 11 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

12. Answering Paragraph 12 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

### First Cause of Action – Negligence

13. Answering Paragraph 13 of Plaintiff's First Amended Complaint, this answering Defendant repeats and re-alleges their answers as set forth in Paragraphs 1 through 12 above with the same force and effect as though fully set forth herein.

14. Answering Paragraph 14 of Plaintiff's First Amended Complaint, this answering Defendant states that duty is a legal concept that is established by the laws and the court and the extent of that duty will be legal question. Therefore, this answering Defendant denies the allegations of this paragraph.

15. Answering Paragraph 15 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

16. Answering Paragraph 16 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

### Second Cause of Action – Negligent Hiring, Training, Supervision, and Retention

17. Answering Paragraph 17 of Plaintiff's First Amended Complaint, this answering Defendant repeats and re-alleges their answers as set forth in Paragraphs 1 through 16 above with the same force and effect as though fully set forth herein.

18. Answering Paragraph 18 of Plaintiff's First Amended Complaint, this answering Defendant states that duty is a legal concept that is established by the laws and the court and the extent of that duty will be legal question. Therefore, this answering Defendant denies the allegations of this paragraph.

19. Answering Paragraph 19 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

20. Answering Paragraph 20 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

### Third Cause of Action – Vicarious Liability/Respondeat Superior

21. Answering Paragraph 21 of Plaintiff's First Amended Complaint, this answering Defendant repeats and re-alleges their answers as set forth in Paragraphs 1 through 20 above with the same force and effect as though fully set forth herein.

22. Answering Paragraph 22 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

23. Answering Paragraph 23 of Plaintiff's First Amended Complaint, this answering Defendant states that vicarious liability is a legal concept that is established by the laws and the court and the extent of that duty will be legal question. Therefore, this answering Defendant denies the allegations of this paragraph.

24. Answering Paragraph 24 of Plaintiff's First Amended Complaint, this answering Defendant states that vicarious liability is a legal concept that is established

by the laws and the court and the extent of that duty will be legal question. Therefore, this answering Defendant denies the allegations of this paragraph.

25. Answering Paragraph 25 of Plaintiff's First Amended Complaint, this answering Defendant denies the allegations of this paragraph.

## CONCLUDING ANSWER TO ALL ALLEGATIONS

All allegations not specifically addressed above due to the nature of the language and construction of the allegations, or for any other reason, are specifically denied.

## AFFIRMATIVE DEFENSES

FIRST: That it has been necessary for this answering Defendant Bodega Latina Corporation, dba El Super to employ the services of Bauman Loewe Witt & Maxwell, PLLC to defend this action, and a reasonable sum should be allowed this answering Defendant Bodega Latina Corporation, dba El Super as and for attorney's fees, together with costs expended in this action.

SECOND: Defendant Bodega Latina Corporation, dba El Super alleges that the incident alleged in the Complaint, and the alleged damages and injuries, if any, to Plaintiff were proximately caused or contributed to by Plaintiff's own negligence and such negligence was greater than any of the Defendants negligence.

THIRD: Defendant Bodega Latina Corporation, dba El Super alleges that at the time and place alleged in the Complaint, Plaintiff did not exercise ordinary care, caution, or prudence in the premises to avoid said accident and the resulting injuries, if any, complained of were directly and proximately contributed to and caused by fault, carelessness, and negligence of Plaintiff.

FOURTH: Defendant Bodega Latina Corporation, dba El Super alleges that Plaintiff has failed, in whole or in part, to mitigate her/his alleged damages.

FIFTH: Defendant Bodega Latina Corporation, dba El Super alleges that the allegations contained in Plaintiff's First Amended Complaint fail to state a cause of action against Defendant Bodega Latina Corporation, dba El Super upon which relief can be granted.

     SIXTH:     Defendant Bodega Latina Corporation, dba El Super alleges that he/she has no fault in the subject accident.

     SEVENTH:     Defendant alleges that the defect or condition complained of by Plaintiff was open and obvious and Plaintiff is therefore precluded from recovery.

     EIGHTH:     Defendant Bodega Latina Corporation, dba El Super alleges that the damages and injuries sustained by Plaintiff; as alleged in her Complaint herein, if any, were the result of an unavoidable accident.

     NINTH:     Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of this answering Defendant Bodega Latina Corporation, dba El Super's Answer, and therefore, this answering Defendant reserves the right to amend their Answer to allege additional Affirmative Defenses if subsequent investigation so warrants.

WHEREFORE, this answering Defendant Bodega Latina Corporation, dba El Super hereby prays for judgment as follows:

1. That Plaintiff take nothing by reason of the Complaint on file herein;

2. That this answering Defendant Bodega Latina Corporation, dba El Super be awarded reasonable attorney's fees and costs for the defense of this matter;

3. For such other and further relief as the Court deems just and proper.

Dated this 28th day of June 2017.

BAUMAN LOEWE WITT & MAXWELL, PLLC.

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and Administrative Order 14-2 of the Eighth Judicial District Court, I hereby certify that I am an employee of BAUMAN LOEWE WITT & MAXWELL, PLLC and that on the 28th day of June 2017, I served the above and foregoing **DEFENDANT BODEGA LATINA CORPORATION, dba EL SUPER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the following parties in compliance with the Nevada Electronic Filing and Conversion Rules:

☐ VIA U.S. POSTAL MAIL: by placing a true and correct copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, addressed as indicated on the attached service list in the United States Mail.

☐ VIA FACSIMILE: by causing a true and correct copy thereof to be faxed on this date to the addressee(s) at the attached facsimile numbers set forth in the service list.

☒ VIA E-SERVICE: by causing a true and correct copy thereof to be electronically served in compliance with the Administrative Order 14-2 and Nevada Electronic Filing and Conversion Rules.

## SERVICE LIST

Alex J. De Castroverde, Esq.
De Castroverde Law Group
1149 S. Maryland Pkwy.
Las Vegas, NV 89104
Phone: 702-383-0606
Fax: 702-383-8741
Attorneys for Plaintiff,
Maria M. Castelan-Gutierrez

*/s/ Karen Reynolds*
An Employee of
Bauman Loewe Witt & Maxwell, PLLC

## Envelope Information

**Envelope Id**
1156204

**Submitted Date**
6/29/2017 3:00 PM PST

**Submitted User Name**
sjohnson@blwmlawfirm.com

## Case Information

**Location**
Department 27

**Category**
Civil

**Case Type**
Negligence - Premises Liability

**Case Initiation Date**
6/29/2017

**Case #**
A-17-755831-C

**Assigned to Judge**
Allf, Nancy

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
Answer to Complaint - ANSC

**Filing Description**
Defendant Bodega Latina Corporation, dba El Super's Answer to Plaintiff's First Amended Complaint

**Client Reference Number**
3215-0025

**Filing on Behalf of**
Latina Bodega Corporation

**Filing Status**
Accepted

**Accepted Date**
6/29/2017 3:41 PM PST

## Lead Document

| File Name | Security | Download |
|---|---|---|
| Answer - Castelan.pdf | Public Filed Document | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Kimberly Valentin | De Castroverde Law Group | Yes | Not Opened |
| Sent | Christopher Smith | De Castroverde Law Group | Yes | 6/29/2017 3:53 PM PST |

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Alex De Castroverde | De Castroverde Law Group | Yes | Not Opened |
| Sent | Michael C Mills | Bauman Loewe Witt & Maxwell | Yes | Not Opened |
| Sent | Karen Reynolds | Bauman Loewe Witt & Maxwell | Yes | Not Opened |
| Sent | Sarah Johnson | Bauman Loewe Witt & Maxwell | Yes | 6/29/2017 4:19 PM PST |

**Filing Type**
EFileAndServe

**Filing Code**
Initial Appearance Fee Disclosure - IAFD

**Filing Description**
Initial Appearance Fee Disclosure

**Client Reference Number**
3215-0025

**Filing on Behalf of**
Latina Bodega Corporation

**Filing Status**
Accepted

**Accepted Date**
6/29/2017 3:41 PM PST

## Lead Document

| File Name | Security | Download |
|---|---|---|
| IAFD - Castelan.pdf | Public Filed Document | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Kimberly Valentin | De Castroverde Law Group | Yes | Not Opened |
| Sent | Christopher Smith | De Castroverde Law Group | Yes | Not Opened |
| Sent | Alex De Castroverde | De Castroverde Law Group | Yes | Not Opened |
| Sent | Karen Reynolds | Bauman Loewe Witt & Maxwell | Yes | Not Opened |
| Sent | Sarah Johnson | Bauman Loewe Witt & Maxwell | Yes | 6/29/2017 4:18 PM PST |
| Sent | Michael C Mills | Bauman Loewe Witt & Maxwell | Yes | Not Opened |

**Filing Type**
EFileAndServe

**Filing Code**
Disclosure Statement - DSST

**Filing Description**
Defendant Bodega Latina Corporation, dba El Super's Disclosure Statement Pursuant to NRCP 7.1

**Client Reference Number**
3215-0025

**Filing on Behalf of**
Latina Bodega Corporation

**Filing Status**
Accepted

**Accepted Date**
6/29/2017 3:41 PM PST

## Lead Document

| File Name | Security | Download |
|---|---|---|
| DSST - Castelan.pdf | Public Filed Document | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Alex De Castroverde | De Castroverde Law Group | Yes | Not Opened |
| Sent | Christopher Smith | De Castroverde Law Group | Yes | 6/29/2017 3:53 PM PST |
| Sent | Karen Reynolds | Bauman Loewe Witt & Maxwell | Yes | Not Opened |
| Sent | Sarah Johnson | Bauman Loewe Witt & Maxwell | Yes | 6/29/2017 4:17 PM PST |
| Sent | Kimberly Valentin | De Castroverde Law Group | Yes | Not Opened |
| Sent | Michael C Mills | Bauman Loewe Witt & Maxwell | Yes | Not Opened |

**Filing Type**
EFileAndServe

**Filing Code**
Demand for Jury Trial - DMJT

**Filing Description**
Demand for Jury Trial

**Client Reference Number**
3215-0025

**Filing on Behalf of**

Latina Bodega Corporation

| Filing Status | Accepted Date |
|---|---|
| Accepted | 6/29/2017 3:41 PM PST |

## Lead Document

| File Name | Security | Download |
|---|---|---|
| DMJT - Castelan.pdf | Public Filed Document | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Karen Reynolds | Bauman Loewe Witt & Maxwell | Yes | Not Opened |
| Sent | Sarah Johnson | Bauman Loewe Witt & Maxwell | Yes | 6/29/2017 4:16 PM PST |
| Sent | Alex De Castroverde | De Castroverde Law Group | Yes | Not Opened |
| Sent | Christopher Smith | De Castroverde Law Group | Yes | Not Opened |
| Sent | Kimberly Valentin | De Castroverde Law Group | Yes | Not Opened |
| Sent | Michael C Mills | Bauman Loewe Witt & Maxwell | Yes | Not Opened |

# Fees

### Answer to Complaint - ANSC

| Description | Amount |
|---|---|
| Filing Fee | $223.00 |
| | **Filing Total: $223.00** |

### Initial Appearance Fee Disclosure - IAFD

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

### Disclosure Statement - DSST

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

### Demand for Jury Trial - DMJT

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total: $0.00** |

| | |
|---|---|
| Total Filing Fee | $223.00 |
| Payment Service Fee | $6.69 |
| E-File Fee | $3.50 |
| | **Envelope Total: $233.19** |

| | | | |
|---|---|---|---|
| Party Responsible for Fees | Latina Bodega Cor... | Transaction Amount | $233.19 |
| Payment Account | Firm Credit Card | Transaction Id | 1659853 |
| Filing Attorney | Michael Mills | Order Id | 001156204-0 |
| Transaction Response | Payment Complete | | |

© 2017 Tyler Technologies                                         Version: 3.16.2.5794