1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIA M. CASTELAN-GUTIERREZ,       )
                                   )       Case No. 2:17-cv-01877-JAD-NJK
            Plaintiff(s),          )
                                   )       ORDER
vs.                                )
                                   )
BODEGA LATINA CORPORATION,         )
                                   )
            Defendant(s).          )
_____)

Pending before the Court is a discovery plan. Docket No. 9. The Court hereby **SETS** this matter for a case-management conference for 11:30 a.m. on August 18, 2017, in Courtroom 3B.

IT IS SO ORDERED.

DATED: August 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge