# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA M. CASTELAN-GUTIERREZ, | Case No. 2:17-cv-01877-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 21) |
| BODEGA LATINA CORPORATION, | |
| Defendant(s). | |

Pending before the Court is an amended stipulation to extend all of the deadlines in the scheduling order by 60 days. Docket No. 21.[1] Requests to extend the deadlines set by the scheduling order must be supported by a showing of good cause. *See, e.g.*, Local Rule 26-4. Good cause exists if the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 409 (9th Cir. 2000). For the reasons discussed below, the stipulation is **GRANTED** in part and **DENIED** in part.

With respect to the upcoming deadline to amend the pleadings, the stipulation provides no reason of any kind why that deadline should be extended. Accordingly, this aspect of the stipulation is **DENIED**, and the deadline to amend the pleadings remains December 1, 2017.

---

[1] The initial stipulation was denied without prejudice for failure to establish good cause. Docket No. 20.

With respect to the subsequent deadlines, the parties contend that they have been unable to schedule Plaintiff's deposition until mid-December and are still in the process of obtaining her medical records. Docket No. 21 at 4. The stipulation further indicates that there is insufficient time between that deposition and the current deadline for initial expert disclosures. *See id.* The root cause for the delays in this case was Plaintiff's failure to provide a HIPAA authorization for more than three months after it was first requested. *See id.* That is not a good reason to extend deadlines. Moreover, while the stipulation contends that the 15-day period between Plaintiff's deposition and the deadline for initial expert disclosures is insufficient, it fails to explain why the parties need an additional 60 days to complete expert reports. *See id.* As a one-time courtesy to the parties, the Court will extend the initial expert deadline (and subsequent deadlines) by 30 days, which will be sufficient time to prepare expert reports. Accordingly, this aspect of the stipulation is **GRANTED** in part, and deadlines are **SET** as follows:

- Initial experts: February 1, 2018
- Interim status report: February 1, 2018
- Rebuttal experts: March 5, 2018
- Discovery cutoff: April 4, 2018
- Dispositive motions: May 4, 2018
- Joint proposed pretrial order: June 4, 2018

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge