MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA M. CASTELAN-GUTIERREZ, | CASE NO: 2:17-cv-01877-JAD-NJK |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION d/b/a EL SUPER; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | ECF No. 56 |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form and content:

Dated this _30_ day of ~~May~~ *June* 2018.

DE CASTROVERDE LAW GROUP

_____
ALEX J. DE CASTROVERDE, ESQ.
Nevada Bar No. 006950
DAVID MENOCAL, ESQ.
Nevada Bar No. 013191
1149 S. Maryland Pkwy.
Las Vegas, NV 89101
Phone: 702-383-0606
Fax: 702-383-8741
Attorneys for Plaintiff,
Maria Castelan-Gutierrez

Dated this _13_ day of ~~May~~ *July* 2018.

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Bodega Latina Corporation

## ORDER

Based on the parties' stipulation **[ECF No. 56]**, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 17, 2018